# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## 5:10CV180-RLV-DSC

| | |
|---|---|
| LONNIE STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHEMICAL COATINGS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**FOR GOOD CAUSE SHOWN**, the time for Plaintiff to respond to Defendants' Second Set of Interrogatories and Requests for Production is extended for a period of twenty-one (21) days, through **July 18, 2011.**

**SO ORDERED**.  Signed: June 13, 2011

David S. Cayer
United States Magistrate Judge